December 18, 2009

Mr. Allen R. Stroder
6010 Highway 191, Suite 230
Odessa, TX 79762

Mr. Ryan John McNeel
Brockett & McNeel LLP
P.O. Box 1841
Midland, TX 79702

Mr. Eliot P. Tucker
Tucker, Vaughan, Gardner & Barnes, P.C.
712 Main Street, Suite 1600
Houston, TX 77002-3297
Mr. Randal Patterson
3800 E. 42nd Street, Suite 500
Odessa, TX 79762

Mr. Steven C. Kiser
Lynch Chappell & Alsup, P.C.
300 North Marienfeld, Suite 700
Midland, TX 79701

Mr. Eric Thomas Stahl
Law Offices of Frank L. Branson, P.C.
4514 Cole Ave.
Dallas, TX 75205-4185

RE: Case Number: 07-0520
 Court of Appeals Number: 11-06-00118-CV
 Trial Court Number: CV-43,929

Style: ED VANEGAS, JIMMY D. HALMAN, SAM ARMSTRONG, ALEX CARBAJAL,
 ROGER FARRINGTON, CURTIS HUFF, AND TITO BETANCUR
 v.
 AMERICAN ENERGY SERVICES, NIEWOEHNER PARTNERSHIP, L.P., et al.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Vivian Wood |
| |Ms. Sherry |
| |Williamson |